Tuesday, April 16, 2024

United States District Court
Southern District of Texas
_____ Division

Plaintiff
Mr. Peter Davis Jr.
Verses
Jose Chapa Law Firm
E.t.a.l

    This United States District Court for the Southern District of Texas, having jurisdiction under Title (42) under the Unites State Code of Civil Procedures of (1983) etc.

Plaintiff
Peter Davis Jr., Apt. 1335
2811 Teague Road
Houston, TX 77080

Plaintiff Submits All Claims:

    Claim#1.
    Racketeering
        It is unlawful for any person employed by or associated with any enterprise knowingly to conduct or participate in directly or indirectly, such enterprise through a pattern of Racketeering Activity. It is unlawful for any person to compromise or attempt any of the provision of subsection: A-B or C. July 22, 1983 Act's 1992, #918., 1

    Claim#2.
    Extortion
        \_873 Black-male and Extortion laws under 18.U.S. C.873 makes it a crime to use threats To persuade someone to provide one with benefits or compel them to act a certain way.
It is also the practice of obtaining something of value through force threat, intimidation, or through ill-legal tactics.

    Claim#3.
    Conspiracy
        An act of one or more persons to conspire to commit an offense against another, or to defraud another. 18.U.S. Code 371.

The Plaintiff have filed in this United States District Court the above following claim. Plaintiff submit to this Federal Court that he have documents, witnesses and other forms of evidence that the defendant committed.
The above said offenses

In the year 2021, Plaintiff was injured on the property of Spring Branch at 1521 Sherwood Forrest Road, Houston, Texas 77043.

Plaintiff underwent an operation on his right leg for a severe injury to his right leg. Plaintiff spent more than two (2) years undergoing therapy after hiring The Chapa Law Firm.

On August 11, 2023, I received a phone call from Jose Chapa Law partner offering me $60,000.00. I explained to him that I would accept this amount only if he can show me the Two Party Check's and all expenses arising from this said injury also a copy of my wife's check whom was my Provider. The Defendant's refused to give me a copy of the breakdown of the expenses, including the one-third amount for attorney fees, further, The Defendant's claim that I was not allowed to see the break-down of expense sheet because I had signed over The one-third rights to them.

I then contacted the Texas Bar Association, the appointed Attorney, Esmeralda of The Texas Bar Association whom contacted The Chapa Law Firm., after further investigation by Miss Esmeralda, she concluded that the Chapa Law Firm was within their rights if they said they sent you a copy of the requested documents. She further said that she believed that Chapa Law Firm sent me these documents and that there will be no further action taken by the Texas Bar Association, even though she had not obtained a copy from Chapa Law Firm confirming that a copy of said papers existed.

On November 9, 2023, the Plaintiff received a letter from Attorney Jose Chapa III making the Plaintiff a ridiculous third offer after his law partner had made Plaintiff two different offers. Attorney Chapa assured the Plaintiff that he would add an addition $10,000.00 of his earnings to bring the total offer to Plaintiff to $50,000.00 which is below the second offer his law partner made to Plaintiff was offered on August 9, 2023. Plaintiff assumed this offer was to deter Plaintiff from asking for a complete breakdown of the entire settlement of every cost involved, further, Jose Chapa refuse to send Plaintiff any documents concerning the amount of Plaintiff's check nor the Plaintiff's wife check. Plaintiff have written proof of every allegation set forth in this caption.

Plaintiff is asking This Federal Court to entertain This Complaint as for the Three Claims submitted in this Course of Action. Plaintiff further ask This Federal Court to grant the Plaintiff request for a hearing on the three Claims submitted by the Plaintiff, further the Defendants also pay the Plaintiff monetary damages in the amount that would be amended in further proceedings.

The Plaintiff would like to thank this Federal Court in advance for hearing these request.

Honorably Submitted,


Mr. Peter Davis, Jr.

Certificate of Service

I Peter Davis, Jr., do hereby certify that this is a true and correct copy of the foregoing that is being sent to the Defendant's Attorney Jose Chapa Law Firm 405 Main St., Ste 200, Houston, Texas 77002 via Certified Mail and a copy is being sent to The United States District Court for the Southern District of Texas.

Signed _[signature]_

This __April__ day of __22 nd__ 2024